UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:14CR165 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DORIAN CHRISTIAN, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Limbert's Report and Recommendation that the Court ACCEPT Defendant Dorian Christian's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. Nos. 19, 23.)

On May 6, 2014, the government filed an Indictment against Defendant. (Doc. No. 6.) On September 25, 2014, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea. (Doc. No. 17.)

On September 26, 2014, a hearing was held in which Defendant entered a plea of guilty to Counts 1, 5, and 6 of the Indictment, charging him with two counts of Distribution of a Controlled Substance, in violation of 21 U.S.C. Section 841(a)(1)/(b)(1)(C), and one count of Possession of Firearm and/or Ammunition by a Convicted Felon, in violation of 18 U.S.C. Section 922(g)(1). Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 19.)

On November 4, 2014, a second plea hearing was held, due to clerical errors in the first plea agreement that were not discovered until after the plea hearing held on September

26, 2014. Defendant renewed his plea of guilty to Counts 1, 5, and 6 of the Indictment, charging him with two counts of Distribution of a Controlled Substance, in violation of 21 U.S.C. Section 841(a)(1)/(b)(1)(C), and one count of Possession of Firearm and/or Ammunition by a Convicted Felon, in violation of 18 U.S.C. Section 922(g)(1), and a corrected plea agreement was entered into by the parties. Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 23.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Counts 1 and 5 in violation of 21 U.S.C. Section 841(a)(1)/(b)(1)(C) and Count 6 in violation of 18 U.S.C. Section 922(g)(1). The sentencing will be held on January 6, 2015 at 11:30 a.m.

**IT IS SO ORDERED**.

Dated: November 21, 2014

                                            **HONORABLE SARA LIOI**
                                            **UNITED STATES DISTRICT JUDGE**